| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | Acting United States Attorney |
| 2 | JOSEPH D. BARTON |
| | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00136-DAD-1 |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | |
| CHRISTOPHER LAWRENCE SMITH, | DATE: September 22, 2021 |
| | TIME: 1:00 p.m. |
| Defendant. | JUDGE: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for September 22, at 1:00 p.m., may be continued until December 8, 2021, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced discovery to defense counsel. Defense counsel has further investigation to perform in this case. The parties agree that time under the Speedy Trial Act shall be excluded through December 8, 2021, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

///

1 | The parties will further agree that the ends of justice served by taking this action outweigh the
2 | best interests of the public and of the defendant to a speedy trial.
3 |
4 | Dated:  September 15, 2021            */s/ Christina Corcoran*
5 |                                       CHRISTINA CORCORAN
                                          Counsel for Christopher Lawrence Smith
6 |
7 | Dated:  September 15, 2021            */s/ Joseph Barton*
                                          JOSEPH BARTON
8 |                                       Assistant United States Attorney

1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00136-DAD-1 |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| CHRISTOPHER LAWRENCE SMITH, | |
| Defendant. | |

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for September 22, 2021, at 1:00 p.m. is continued until **December 8, 2021, at 1:00 p.m., before the Honorable Barbara A. McAuliffe.** The period through December 8, 2021, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **September 16, 2021**         /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE