PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CHRISTOPHER LAWRENCE SMITH, Defendant. | Case No. 1:21-cr-00136-DAD-1 STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER DATE: December 8, 2021 TIME: 1:00 p.m. JUDGE: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for December 8, 2021, at 1:00 p.m., may be continued until January 26, 2022, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced discovery to defense counsel. Defense counsel has further investigation to perform in this case. The parties agree that time under the Speedy Trial Act shall be excluded through January 26, 2022, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

///

The parties further agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  December 1, 2021        */s/ Christina Corcoran*
　　　　　　　　　　　　　　　　CHRISTINA CORCORAN
　　　　　　　　　　　　　　　　Counsel for Christopher Lawrence Smith

Dated:  December 1, 2021        */s/ Joseph Barton*
　　　　　　　　　　　　　　　　JOSEPH BARTON
　　　　　　　　　　　　　　　　Assistant United States Attorney

1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00136-DAD-1 |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| CHRISTOPHER LAWRENCE SMITH, | |
| Defendant. | |

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for December 8, 2021, at 1:00 p.m., is continued until **January 26, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. The period through January 26, 2022, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **December 1, 2021**            /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE