PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. CHRISTOPHER LAWRENCE SMITH, Defendant. | Case No. 1:21-cr-00136-DAD<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER<br><br>DATE: March 23, 2022<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Barbara A. McAuliffe |
|---|---|

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for March 23, 2022, at 1:00 p.m., may be continued until June 22, 2022, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced discovery to defense counsel. Defense counsel recently informed the government that a few files appear to be missing from the discovery. The government is working to confirm that these files are missing and, if so, produce them to defense counsel. Defense counsel also has further investigation to perform in this case and is in plea negotiations with the government. The parties agree that time under the Speedy Trial Act shall be excluded through June 22, 2022, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  March 15, 2022      */s/ Christina Corcoran*
CHRISTINA CORCORAN
Counsel for Christopher Lawrence Smith

Dated:  March 15, 2022      */s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00136-DAD |
| Plaintiff, | ORDER |
| v. | |
| CHRISTOPHER LAWRENCE SMITH, | |
| Defendant. | |

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for March 23, 2022, at 1:00 p.m., is continued until **June 22, 2022, at 1:00 p.m., before the Honorable Barbara A. McAuliffe.** The period through June 22, 2022, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: __March 15, 2022__       /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

3