PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER LAWRENCE SMITH<br><br>Defendant. | CASE NO. 1:21-CR-00136-DAD<br><br>**STIPULATION AND ORDER FOR BRIEFING SCHEDULE RE DEFENDANT'S SUPPRESSION MOTION** |

On April 25, 2022, the defendant filed a suppression motion with a hearing scheduled for May 31, 2022. The Local Rules say that a motion must be filed within fourteen days of the hearing date. Any opposition must then be filed within seven days of the filing of the motion and any reply must be filed within four days of the due date for the opposition.

Prior to the defendant's filing of the suppression motion, the parties agreed that the government's opposition would not be due until May 13, 2022. Therefore, the parties stipulate that the government's opposition is due by May 13, 2022, and the defendant's reply thereto is due by May 23, 2022.

///

///

///

1

**IT IS SO STIPULATED.**

                                            Respectfully Submitted,

DATED: May 9, 2022                */s/ Christina Corcoran*
                                          CHRISTINA CORCORAN
                                          Counsel for Christopher Smith

DATED: May 9, 2022                */s/ Joseph Barton*
                                          JOSEPH BARTON
                                          Assistant United States Attorney

**ORDER**

      Pursuant to the parties' stipulation the briefing schedule set forth above is adopted by the court.

IT IS SO ORDERED.

Dated: **May 11, 2022**                                  /s/ Dale A. Drozd
                                              UNITED STATES DISTRICT JUDGE