PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. CHRISTOPHER LAWRENCE SMITH, Defendant. | Case No. 1:21-cr-00136-DAD<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER<br><br>DATE: June 22, 2022<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Barbara A. McAuliffe |
|---|---|

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for June 22, 2022, at 1:00 p.m., may be continued until August 24, 2022, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced discovery to defense counsel. Defense counsel has further investigation to perform in this case. The parties are also litigating a suppression motion and are in plea negotiations. The parties agree that time under the Speedy Trial Act shall be excluded through August 24, 2022, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B)(i) and (iv).

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated: June 15, 2022

   */s/ Christina Corcoran*
CHRISTINA CORCORAN
Counsel for Christopher Lawrence Smith

Dated: June 15, 2022

   */s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                IN THE UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   | UNITED STATES OF AMERICA | Case No. 1:21-cr-00136-DAD |
   |---|---|
   | Plaintiff, | ORDER |
   | v. | |
   | CHRISTOPHER LAWRENCE SMITH, | |
   | Defendant. | |

   Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for June 22, 2022, at 1:00 p.m., is continued until **August 24, 2022, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through August 24, 2022, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B)(i) and (iv).

   IT IS SO ORDERED.

   Dated:   **June 15, 2022**                  /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE