HEATHER E. WILLIAMS, CA #122664
Federal Defender
CHRISTINA M. CORCORAN, NY Bar # 5118427
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CHRISTOPHER LAWRENCE SMITH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>   v.<br><br>CHRISTOPHER LAWRENCE SMITH<br><br>  Defendant. | CASE NO.  1:21-CR-00136-DAD<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF TIME TO REPLY TO SUPPLEMENTAL FILLING** |

On September 6, 2022, the district court held a further hearing on defendant's motion to suppress evidence.  On that date, the Court ordered the government to submit an affidavit or declaration by September 12, 2022, and set a deadline of September 19, 2022 for defense counsel to respond.  ECF Dkt. # 43.  Defense counsel has spoken to government counsel, and the parties have stipulated that defense counsel may have until Friday, September 23 to respond.  Defense counsel made this request because she has not had sufficient time to-date to review the government's filing and she intends to use the additional time to decide whether supplemental briefing is necessary as to the other issues discussed at the hearing on September 6, 2022.

**IT IS SO STIPULATED.**

1

|  |  |
|---|---|
|  | Respectfully Submitted, |
| DATED: September 19, 2022 | */s/ Christina Corcoran*<br>CHRISTINA CORCORAN<br>Counsel for Christopher Smith |
| DATED: September 19, 2022 | */s/ Joseph Barton*<br>JOSEPH BARTON<br>Assistant United States Attorney |

**ORDER**

IT IS SO ORDERED.

Dated: __**September 20, 2022**__      _____
UNITED STATES DISTRICT JUDGE

2