PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. CHRISTOPHER LAWRENCE SMITH, Defendant. | Case No. 1:21-cr-00136-ADA-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER<br><br>DATE: October 26, 2022<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Barbara A. McAuliffe |
|---|---|

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for October 26, 2022, at 1:00 p.m., may be continued until December 14, 2022, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. On October 20, 2022, the Court filed an order denying defendant's motion to suppress. In light of the Court's order, the defense requires additional time for defense investigation and preparation. Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through December 14, 2022, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties will further agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated: October 25, 2022

*/s/ Christina Corcoran*
CHRISTINA CORCORAN
Counsel for Christopher Lawrence Smith

Dated: October 25, 2022

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER LAWRENCE SMITH, <br><br> Defendant. | Case No. 1:21-cr-00136-DAD-1 <br><br> ORDER |

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for October 26, 2022, at 1:00 p.m. is continued until **December 14, 2022, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through December 14, 2022, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  __October 25, 2022__        /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE