PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CHRISTOPHER LAWRENCE SMITH, Defendant. | Case No. 1:21-cr-00136-DAD-BAM STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER DATE: December 14, 2022 TIME: 1:00 p.m. JUDGE: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for December 14, 2022, at 1:00 p.m., may be continued until February 8, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. On October 20, 2022, the Court filed an order denying defendant's motion to suppress. In light of the Court's order, the defense requires additional time for defense investigation and preparation. Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through February 8, 2023, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B)(i) and (iv).

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  December 7, 2022

*/s/ Christina Corcoran*
CHRISTINA CORCORAN
Counsel for Christopher Lawrence Smith

Dated:  December 7, 2022

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CHRISTOPHER LAWRENCE SMITH, Defendant. | Case No. 1:21-cr-00136-DAD-BAM ORDER |

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for December 14, 2022, at 1:00 p.m., is continued until **February 8, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through February 8, 2023, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B)(i) and (iv). The Court intends to set a trial date at the next status conference. If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing.

IT IS SO ORDERED.

Dated: __December 7, 2022__            /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE