| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| 2 | United States Attorney |
|   | JOSEPH D. BARTON |
| 3 | Assistant United States Attorney |
|   | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, CA 93721 |
|   | Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:21-cr-00136-ADA-BAM |
| Plaintiff, | STIPULATION TO SET CHANGE OF PLEA AND VACATE STATUS CONFERENCE; ORDER |
| v. | |
| CHRISTOPHER LAWRENCE SMITH | |
| Defendant. | |

The Parties have reached a Plea Agreement to resolve this case and have filed the agreement with the Court. Accordingly, IT IS HEREBY STIPULATED between the parties that the case can be set for a Change of Plea hearing before the Honorable Ana de Alba on February 6, 2023, at 8:30 a.m. The Parties have confirmed this date with the Court. The Status Conference that is scheduled for February 8, 2023, can be vacated.

Time under the Speedy Trial Act has already been excluded through February 8, 2023. Therefore, there is no need for a further time exclusion.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  January 20, 2023 | */s/ Christina Corcoran* <br> CHRISTINA CORCORAN <br> Counsel for Christopher Smith |
| 3 | | |
| 4 | Dated:  January 20, 2023 | */s/ Joseph Barton* <br> JOSEPH BARTON <br> Assistant United States Attorney |
| 5 | | |

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:21-cr-00136-ADA-BAM |
| Plaintiff, | ORDER |
| v. | |
| CHRISTOPHER LAWRENCE SMITH | |
| Defendant. | |

Upon the Parties' stipulation and for good cause shown, this case is set for a Change of Plea hearing on **February 6, 2023, at 8:30 a.m., before the Honorable Ana de Alba**. The Status Conference that is scheduled for February 8, 2023, is vacated. Time was previously excluded through February 8, 2023.

IT IS SO ORDERED.

Dated: __**January 20, 2023**__         /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE

4