PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00136-ADA-BAM |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| CHRISTOPHER SMITH, | |
| Defendant. | |

On or about March 17, 2023, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Christopher Smith in the following property:

    a.    Weatherby 12-gauge shotgun, serial number TP055971.

Beginning on May 10, 2023, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that the United States sent direct written notice by certified mail to the following individual known to have a potential interest in the property:

///

FINAL ORDER OF FORFEITURE                                                  1

     a.    Michael Albert Etchechury:  A notice letter was sent via certified mail to Michael Albert Etchechury at 11909 Lone Oak Dr., Bakersfield, CA 93312 on May 10, 2023.  The PS Form 3811 ("green card" showing delivery) was returned unsigned to the U.S. Attorney's Office.  The certified mail parcel was not returned to the U.S. Attorney's Office.  The USPS Tracking Results show delivery of the certified mail envelope on May 13, 2023.

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Christopher Smith and Michael Albert Etchechury.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Postal Inspection Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   July 26, 2023

_____
UNITED STATES DISTRICT JUDGE